| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **PRCCC, INC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Paso Robles Central Coast Cardroom**<br>**DBA  Paso Robles Casino** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-3726954** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1144 Black Oak Drive**<br>**Paso Robles, CA 93446**<br>Number, Street, City, State & ZIP Code<br><br>**San Luis Obispo**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 1830**<br>**Paso Robles, CA 93446**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.pasoroblescasino.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **PRCCC, INC.**                                                                  Case number (*if known*) _____
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7132__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **PRCCC, INC.** _____ Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **PRCCC, INC.**　　　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

　　　　　　　　　☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion
　　　　　　　　　☐ $100,001 - $500,000　　　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
　　　　　　　　　■ $500,001 - $1 million　　　　☐ $100,000,001 - $500 million　　☐ More than $50 billion

Debtor   PRCCC, INC.
         Name

Case number (if known)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 3, 2022**
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Donald G. Ezzell**
Printed name

Title   **Secretary**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   **August 3, 2022**
       MM / DD / YYYY

**Todd C. Ringstad**
Printed name

**Ringstad & Sanders LLP**
Firm name

**4910 Birch Street
Suite 120
Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **949 851-7450**   Email address   **todd@ringstadlaw.com**

**97345 CA**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Todd C. Ringstad**<br>**RINGSTAD & SANDERS LLP**<br>**4910 Birch Street**<br>**Suite 120**<br>**Newport Beach, CA 92660**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: **97345 CA**<br>**todd@ringstadlaw.com** | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**PRCCC, INC.**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **7**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Donald G. Ezzell**_____, the undersigned in the above-captioned case, hereby declare
  *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                               F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☑ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2. a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*
   b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**August 3, 2022**        By: *[signature]*
Date                       Signature of Debtor, or attorney for Debtor

Name:    **Donald G. Ezzell, Secretary**
         Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 1007-4.CORP.OWNERSHIP.STMT

## RESOLUTION

The undersigned, Donald G. Ezzell, Secretary of PRCCC, Inc. a California corporation, hereby certifies that on August 3, 2022, the following resolution was duly adopted by the officers of this corporation,

WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code:

NOW, THEREFORE, BE IT RESOLVED, that Donald G. Ezzell, Secretary of PRCCC, Inc. be, and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation; and

BE IT FURTHER RESOLVED, that Donald G. Ezzell, Secretary of PRCCC, Inc. be, and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of PRCCC, Inc. and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of PRCCC, Inc. in connection with said bankruptcy proceedings; and

BE IT RESOLVED FURTHER, that Donald G. Ezzell, Secretary of PRCCC, Inc. be, and hereby is, authorized and directed to employ Ringstad & Sanders LLP to represent the entity in said bankruptcy proceedings.

Dated: August 3, 2022        PRCCC, Inc.

By: _____
Donald G. Ezzell
Secretary

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Todd C. Ringstad**<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660<br>949 851-7450 Fax: 949 851-6926<br>California State Bar Number: 97345 CA<br>todd@ringstadlaw.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>PRCCC, INC.<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 3, 2022**

Signature of Debtor 1 Donald G. Ezzell, Secretary

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 3, 2022**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

```
PRCCC, INC.
P.O. Box 1830
Paso Robles, CA 93446


Todd C. Ringstad
Ringstad & Sanders LLP
4910 Birch Street
Suite 120
Newport Beach, CA 92660


Apex Fire
809 Paso Robles Street
Paso Robles, CA 93446


Aramark
3502 Dry Creek Road
Paso Robles, CA 93446


Avalon Gaming
2432 Main Street
Suite 107
Longmont, CO 80501


Avatar Computer Consulting
P.O. Box 291816
Los Angeles, CA 90029


Clark Pest Control
P.O. Box 1480
Lodi, CA 95241


Cyber-Scriber
P.O. Box 462
Jefferson, OR 97352
```

Darcy Villers
c/o Allen K. Hutkin, Esq.
Hutkin Law Firm
1220 Marsh Street
San Luis Obispo, CA 93401


Digital West
1998 Santa Barbara Avenue
Suite 200
San Luis Obispo, CA 93401


Dish Network
9601 South Meridian Blvd.
Englewood, CO 80116


Donald G. Ezzell
P.O. Box 6504
Denver, CO 80206


Drew Hunthausen
c/o Scott J. Ferrell, Esq.
Pacific Trial Attorneys
4100 Newport Pl Dr., Ste. 800
Newport Beach, CA 92660


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Department
P.O. Box 269017
MIC 83
Sacramento, CA 95826


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

```
GCG
633 W. 5th Street
Suite 2800
Los Angeles, CA 90071


Google Advertising
1600 Amphitheatre Parkway
Mountain View, CA 94043


Integrity Rest & Flooring
2345 A Street
Santa Maria, CA 93455


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Kyle King
c/o Allen K. Hutkin, Esq.
Hutkin Law Firm
1220 Marsh Street
San Luis Obispo, CA 93401


Light & Wonder
6601 Bermuda Road
Las Vegas, NV 89119


Mobiniti Marketing
16 S River Street
Suite 300
Wilkes Barre, PA 18702


North County Plumbing
810 Golden Meadow Drive
Paso Robles, CA 93446
```

Pacific Gas & Electric
201 Market Street
San Francisco, CA 94105


Payne & Fears LLP
4 Park Plaza
Suite 1100
Irvine, CA 92614


PR Hospitality
P.O. Box 1830
Paso Robles, CA 93446


PR Waste Disposal & Recycle
2951 Wallace Drive
Paso Robles, CA 93446


PR Water Services
821 Pine Street
Suite A
Paso Robles, CA 93446


Queen Gaming
13600 Imperial Hwy
Unit 7
Santa Fe Springs, CA 90670


Scientific Games
P.O. Box 749335
Los Angeles, CA 90074


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591

Simply Clear Marketing
615 Clarion Court
Suite 2
San Luis Obispo, CA 93401


Southern California Edison
9708 Valley Blvd.
Rosemead, CA 91754


State Board of Equalization
Acct Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


The Blueprinter
345 Spring Street
Paso Robles, CA 93446


United Gaming Solutions
19744 Beach Blvd.
Suite 507
Huntington Beach, CA 92648


Universal Atlantic Systems
45 West Industrial Way
Paoli, PA 19301


William E. Holmes
c/o Allen K. Hutkin, Esq.
Hutkin Law Firm
1220 Marsh Street
San Luis Obispo, CA 93401