# United States Bankruptcy Court
# Central District of California

| In re:<br>PRCCC, Inc.<br>dba Paso Robles Central Coast Cardroom, dba Paso Robles Casino | CHAPTER NO.:  7 |
|---|---|
| | CASE NO.: 9:22−bk−10592−RC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (LBR Form 1015−2) [Information required by LBR 1015−2]
☒ Attorney Disclosure of Compensation Arrangement in Individual Chapter 7 case. [LBR 2090−1 (LBR F2090−1.1) Court Manual, section 2.1]
☒ Disclosure of Compensation of Attorney for Debtor (Official Form 2030). [11 U.S.C. § 329; FRBP 2016(b)]

☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    1415 State Street, Santa Barbara, CA 93101−2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.

Dated: August 3, 2022

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn − Rev 02/2020)    **4 − 1 / AO**