United States Bankruptcy Court

Central District of California

In re: | Case No. 22-10592-RC
PRCCC, Inc. | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-9 User: admin Page 1 of 3
Date Rcvd: Aug 03, 2022 Form ID: 309D Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PRCCC, Inc., PO Box 1830, Paso Robles, CA 93447-1830 |
| 41252213 | + | Apex Fire, 809 Paso Robles Street, Paso Robles, CA 93446-2626 |
| 41252214 | + | Aramark, 3502 Dry Creek Road, Paso Robles, CA 93446-8570 |
| 41252215 | + | Avalon Gaming, 2432 Main Street, Suite 107, Longmont, CO 80501-1101 |
| 41252216 | + | Avatar Computer Consulting, P.O. Box 291816, Los Angeles, CA 90029-8816 |
| 41252217 | + | Clark Pest Control, P.O. Box 1480, Lodi, CA 95241-1480 |
| 41252218 | + | Cyber-Scriber, P.O. Box 462, Jefferson, OR 97352-0462 |
| 41252219 | + | Darcy Villers, c/o Allen K. Hutkin, Esq., Hutkin Law Firm, 1220 Marsh Street, San Luis Obispo, CA 93401-3326 |
| 41252220 | + | Digital West, 1998 Santa Barbara Avenue, Suite 200, San Luis Obispo, CA 93401-4488 |
| 41252221 | + | Dish Network, 9601 South Meridian Blvd., Englewood, CO 80112-5905 |
| 41252222 | + | Donald G. Ezzell, P.O. Box 6504, Denver, CO 80206-0504 |
| 41252223 | + | Drew Hunthausen, c/o Scott J. Ferrell, Esq., Pacific Trial Attorneys, 4100 Newport Pl Dr., Ste. 800, Newport Beach, CA 92660-1403 |
| 41252225 | | Employment Development Department, P.O. Box 269017, MIC 83, Sacramento, CA 95826 |
| 41252227 | + | GCG, 633 W. 5th Street, Suite 2800, Los Angeles, CA 90071-2053 |
| 41252229 | + | Integrity Rest & Flooring, 2345 A Street, Santa Maria, CA 93455-1072 |
| 41252231 | + | Kyle King, c/o Allen K. Hutkin, Esq., Hutkin Law Firm, 1220 Marsh Street, San Luis Obispo, CA 93401-3326 |
| 41252232 | + | Light & Wonder, 6601 Bermuda Road, Las Vegas, NV 89119-3605 |
| 41252233 | + | Mobiniti Marketing, 16 S River Street, Suite 300, Wilkes Barre, PA 18702-2430 |
| 41252234 | + | North County Plumbing, 810 Golden Meadow Drive, Paso Robles, CA 93446-4541 |
| 41252237 | + | PR Hospitality, P.O. Box 1830, Paso Robles, CA 93447-1830 |
| 41252238 | + | PR Waste Disposal & Recycle, 2951 Wallace Drive, Paso Robles, CA 93446-7349 |
| 41252239 | + | PR Water Services, 821 Pine Street, Suite A, Paso Robles, CA 93446-2881 |
| 41252235 | | Pacific Gas & Electric, 201 Market Street, San Francisco, CA 94105 |
| 41252236 | + | Payne & Fears LLP, 4 Park Plaza, Suite 1100, Irvine, CA 92614-8550 |
| 41252240 | + | Queen Gaming, 13600 Imperial Hwy, Unit 7, Santa Fe Springs, CA 90670-4868 |
| 41252241 | + | Scientific Games, P.O. Box 749335, Los Angeles, CA 90074-9335 |
| 41252243 | + | Simply Clear Marketing, 615 Clarion Court, Suite 2, San Luis Obispo, CA 93401-8197 |
| 41252244 | + | Southern California Edison, 9708 Valley Blvd., Rosemead, CA 91770-1554 |
| 41252246 | + | The Blueprinter, 345 Spring Street, Paso Robles, CA 93446-3147 |
| 41252247 | + | United Gaming Solutions, 19744 Beach Blvd., Suite 507, Huntington Beach, CA 92648-2988 |
| 41252248 | + | Universal Atlantic Systems, 45 West Industrial Way, Paoli, PA 19301-1482 |
| 41252249 | + | William E. Holmes, c/o Allen K. Hutkin, Esq., Hutkin Law Firm, 1220 Marsh Street, San Luis Obispo, CA 93401-3326 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: becky@ringstadlaw.com | | |
| | | | Aug 04 2022 00:42:00 | Todd C. Ringstad, Ringstad & Sanders LLP, 4910 Birch Street, Suite 120, Newport Beach, CA 92660 |
| tr | + | Email/Text: sandra.mcbeth@txitrustee.com | | |
| | | | Aug 04 2022 00:42:00 | Sandra McBeth (TR), 7343 El Camino Real, #185, Atascadero, CA 93422-4697 |
| smg | ^ | MEBN | | |
| | | | Aug 04 2022 00:41:58 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | | |

| District/off: 0973-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 03, 2022 | Form ID: 309D | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAX.COM | Aug 04 2022 00:42:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| | | | Aug 04 2022 04:43:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41252221 | + | EDI: DISH | Aug 04 2022 04:43:00 | Dish Network, 9601 South Meridian Blvd., Englewood, CO 80112-5905 |
| 41252224 | | EDI: EDD.COM | Aug 04 2022 04:43:00 | Employment Development Department, Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41252226 | | EDI: CALTAX.COM | Aug 04 2022 04:43:00 | Franchise Tax Board, Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41252228 | + | Email/Text: bankruptcy-notification@google.com | Aug 04 2022 00:42:00 | Google Advertising, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 41252230 | + | EDI: IRS.COM | Aug 04 2022 04:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41252242 | + | Email/Text: LAROBankruptcy@SEC.gov | Aug 04 2022 00:42:00 | Securities Exchange Commission, Attn: Bankruptcy Counsel, 444 South Flower Street, Suite 900, Los Angeles, CA 90071-2934 |
| 41252245 | | EDI: CALTAXFEE | Aug 04 2022 04:43:00 | State Board of Equalization, Acct Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 05, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Sandra McBeth (TR) | jwalker@mcbethlegal.com CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com |
| Todd C. Ringstad | on behalf of Debtor PRCCC Inc. becky@ringstadlaw.com, arlene@ringstadlaw.com |

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 03, 2022 | Form ID: 309D | Total Noticed: 43 |

United States Trustee (ND)  
                       ustpregion16.nd.ecf@usdoj.gov

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **PRCCC, Inc.**<br>Name | EIN | **45–3726954** |
| United States Bankruptcy Court | **Central District of California** | Date case filed for chapter | **7   8/3/22** |
| Case number: | **9:22–bk–10592–RC** | | |

Official Form 309D (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set     10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | PRCCC, Inc. | |
| 2. | **All other names used in the last 8 years** | dba Paso Robles Central Coast Cardroom, dba Paso Robles Casino | |
| 3. | **Address** | PO Box 1830<br>Paso Robles, CA 93446 | |
| 4. | **Debtor's attorney**<br>Name and address | Todd C. Ringstad<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660 | Contact phone 949–851–7450<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascadero, CA 93422 | Contact phone (805) 464–2985<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1415 State Street,<br>Santa Barbara, CA 93101–2511 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Date: 8/3/22 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **September 12, 2022 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |

2/
For more information, see page 2 >

Debtor  **PRCCC, Inc.**                                                                                              Case number **9:22–bk–10592–RC**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/12/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/30/23** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Filing Deadline If the Case Is Converted to a Chapter 7 from the Original Filing under Chapter 11:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. This includes creditors of unpaid debts incurred after the commencement of the chapter 11 proceeding and showing in the Final Report of Account and Schedule of Unpaid Debts, that may qualify under 11 U.S.C. § 348(d). | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. | |
| 12. **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. | |