TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>PRCCC, INC.,<br><br>Debtor. | Case No. 9:22-bk-10592-RC<br><br>Chapter 7<br><br>**APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE**:

Sandra K. McBeth, the chapter 7 trustee (the "Trustee," or "Applicant") for the estate of PRCCC, Inc. (the "Debtor"), respectfully applies for authority to employ Levene, Neale, Bender, Yoo & Golubchik, L.L.P. ("LNBYG"), as general bankruptcy counsel for the Trustee pursuant to 11 U.S.C. § 327, with compensation pursuant to 11 U.S.C. § 330, and effective as of August 16, 2022, and represents as follows:

///

///

1

**I.**

**NEED FOR LEGAL COUNSEL**

1. On August 3, 2022, the Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Sandra K. McBeth was thereafter appointed and presently is the acting Chapter 7 trustee of the Debtor's bankruptcy estate.

2. The assets of the estate include cash and potential avoidance claims.

3. The Trustee requires counsel to analyze and prosecute avoidance claims and to determine third party claims against the cash.

**II.**

**PROPOSED EMPLOYMENT OF LNBYG**

4. Applicant desires to employ LNBYG, whose address is 2818 La Cienega Avenue, Los Angeles, California 90034, as general bankruptcy counsel in this case. LNBYG also maintains an office located at 3403 10th Street, Suite 709, Riverside, California 92501.

5. In addition to the tasks described above in paragraph 3, Applicant requires LNBYG to perform the following tasks:

    a. advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtor;

    b. advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

    c. representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

    d. conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

e.    preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

f.    investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

g.    performing any other services which may be appropriate in LNBYG's representation of Applicant during the bankruptcy case.

6.    LNBYG is composed of 24 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees.  LNBYG, with the addition of attorneys from Robinson, Diamant & Wolkowitz, APC, has represented chapter 7 and 11 trustees in numerous cases over a period of more than 40 years.  As such, LNBYG is particularly well-qualified to represent Applicant in this case.  All attorneys associated with LNBYG who will render services in this case are admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  Attached hereto as <u>Exhibit 1</u> and incorporated herein by reference is a true and correct copy of LNBYG's fee schedule.  LNBYG's resume, which sets forth the experience and qualifications of LNBYG's attorneys and paralegals, can be found on LNBYG's website, http://www.LNBYG.com. Members and associates of LNBYG are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and will comply with them if employed as Applicant's counsel.

7.    For all the foregoing reasons, the Trustee believes that LNBYG's employment is in the best interest of the estate.

### III.

### **COMPENSATION OF LNBYG**

8.    LNBYG has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

9. LNBYG will comply with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

10. LNBYG has neither received a retainer nor a lien or interest in property of the Debtor or third parties with respect to its representation of Applicant. No agreement exists for a division of fees between LNBYG and any other person or entity except as among the members of LNBYG.

11. No compensation will be paid by Applicant to LNBYG except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

12. There is no agreement between Applicant and LNBYG regarding LNBYG's employment in this case other than as expressed in this Application.

## IV.

## LNBYG IS DISINTERESTED AND DOES NOT HOLD ANY INTEREST ADVERSE TO THE ESTATE

13. To the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo (the "Yoo Declaration"), LNBYG and all attorneys associated with LNBYG who expect to render services in this matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST. LNBYG has represented the Trustee in unrelated cases before the United States Bankruptcy Court. Such prior representation does not affect the proposed representation herein.

14. To the best of Applicant's knowledge and based upon the Yoo Declaration, LNBYG:

    a. Is not and was not a creditor, an equity security holder, or an insider of the Debtor;

4

      b.      Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

      c.      Does not have an interest materially adverse to the interests of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

      d.      Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

## V.

## NOTICE OF THE APPLICATION IS SUFFICIENT

15.    A notice advising creditors and other interested parties of this Application to Employ Levene, Neale, Bender, Yoo & Golubchik, L.L.P., as general bankruptcy counsel, and summarizing the Application's contents, has been filed and served in accordance with Local Bankruptcy Rule 2014-1(b)(2).

WHEREFORE, Applicant prays that she be authorized to employ Levene, Neale, Bender, Yoo & Golubchik, L.L.P., as general bankruptcy counsel in this case effective as of August 16, 2022, with compensation to be paid in such amount as the Court may hereafter allow in accordance with the law.

DATED: August 24, 2022

                                          SANDRA K. MCBETH
                                          Chapter 7 Trustee

Presented by:

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.

By: /s/ Timothy J. Yoo
     TIMOTHY J. YOO
     CARMELA T. PAGAY
     Attorneys for Sandra K. McBeth
     Chapter 7 Trustee

5

**DECLARATION OF TIMOTHY J. YOO**

I, Timothy J. Yoo, declare as follows:

1.  I am an attorney at law, duly-qualified to practice before all courts of the State of California and before the United District Court for the Central District of California. I am a partner at the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"). I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true. I make this Declaration in support of the application of Sandra K. McBeth, as chapter 7 trustee (the "Trustee," or "Applicant"), to employ LNBYG as general bankruptcy counsel. Unless the context indicates otherwise, capitalized terms herein shall have the meanings as defined in the Application.

2.  The Trustee desires to employ LNBYG, whose main address is 2818 La Cienega Avenue, Los Angeles, California 90034, as general bankruptcy counsel in this case. LNBYG also maintains an office located at 3403 10th Street, Suite 709, Riverside, California 92501.

3.  LNBYG is composed of 24 attorneys who specialize in the practice of bankruptcy law, three of whom are chapter 7 trustees. Attorneys at LNBYG have represented chapter 7 and 11 trustees in numerous cases over a period of approximately 40 years. As such, LNBYG is particularly well-qualified to represent Applicant in this case. All attorneys associated with LNBYG who will render services in this case are admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. Attached hereto as <u>Exhibit 1</u> is a copy of LNBYG's fee schedule. LNBYG's resume, which sets forth the experience and qualifications of its attorneys can be found on LNBYG's website, http://www.LNBYG.com, which sets forth the experience and qualifications of the attorneys as well as their billing rates.

4.  The partners and associates of LNBYG are familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and will comply with them if employed as Applicant's counsel, as well as the procedures set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses

Filed Under 11 U.S.C. § 330, promulgated by the U.S. Trustee Program and reprinted at 28 C.F.R. Part 58, Appendix A.

5.Following Applicant's request that LNBYG represent her in this case as general counsel, a conflicts check was undertaken, utilizing LNBYG's client list database.  I also reviewed the potential representation of Applicant with other attorneys at LNBYG to ensure that no conflict of interest exists.

6.I believe that LNBYG is "disinterested" based upon the fact that LNBYG:

a.Is not and was not a creditor, an equity security holder, or an insider of the Debtor;

b.Is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtor;

c.Does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

d.Is not a relative or employee of the OUST or a United States Bankruptcy Court judge.

7.LNBYG has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

8.There is no agreement between Applicant and LNBYG regarding LNBYG's employment in this case other than as expressed in this Application.

9.LNBYG has neither received a retainer nor advance fee.  LNBYG has not received and will not receive a lien or other interest in property of the Debtor or third parties to secure payment of fees.  No agreement or understanding exists for a division of fees between LNBYG and any other person or entity, except as among the partners of LNBYG.

10.LNBYG has agreed to accept as compensation for its services such sums as may be allowed by this Court in accordance with law, based upon the time spent and services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors.

11. No compensation will be paid by Applicant to LNBYG except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 24, 2022, at Los Angeles, California.

            /s/ Timothy J. Yoo
            TIMOTHY J. YOO

# EXHIBIT "1"

**BILLING RATES**

| ATTORNEYS | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| DAVID W. LEVENE | 625 | 635 | 635 | 650 |
| DAVID L. NEALE | 625 | 635 | 635 | 650 |
| RON BENDER | 625 | 635 | 635 | 650 |
| MARTIN J. BRILL | 625 | 635 | 635 | 650 |
| TIMOTHY J. YOO | 625 | 635 | 635 | 650 |
| GARY E. KLAUSNER | 625 | 635 | 635 | 650 |
| EDWARD M. WOLKOWITZ | 625 | 635 | 635 | 650 |
| DAVID B. GOLUBCHIK | 625 | 635 | 635 | 650 |
| BETH ANN R. YOUNG | 595 | 610 | 620 | 635 |
| MONICA Y. KIM | 595 | 610 | 620 | 635 |
| DANIEL H. REISS | 595 | 610 | 620 | 635 |
| PHILIP A. GASTEIER | 595 | 610 | 620 | 635 |
| EVE H. KARASIK | 595 | 610 | 620 | 635 |
| TODD A. FREALY | 595 | 610 | 620 | 635 |
| KURT RAMLO | 595 | 610 | 620 | 635 |
| RICHARD P. STEELMAN, JR. |  | 610 | 620 | 635 |
| JULIET Y. OH | 580 | 595 | 605 | 620 |
| TODD M. ARNOLD | 580 | 595 | 605 | 620 |
| CARMELA T. PAGAY | 580 | 595 | 605 | 620 |
| ANTHONY A. FRIEDMAN | 580 | 595 | 605 | 620 |
| KRIKOR J. MESHEFEJIAN | 580 | 595 | 605 | 620 |
| JOHN-PATRICK M. FRITZ | 580 | 595 | 605 | 620 |
| JOSEPH ROTHBERG |  |  | 605 | 620 |

| | | | | |
|---|---|---|---|---|
| JEFFREY KWONG | 450 | 495 | 525 | 575 |
| LINDSEY L. SMITH | 495 | 510 | 525 | 550 |
| JONATHAN GOTTLIEB | | | 350 | 350 |
| PARAPROFESSIONALS | 250 | 250 | 250 | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sandra McBeth (TR)**   jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Todd C. Ringstad**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**   tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **August 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRCCC, Inc.  
PO Box 1830  
Paso Robles, CA 93446

United States Trustee (ND)  
915 Wilshire Blvd, Suite 1850  
Los Angeles, CA 90017

Hon. Scott C. Clarkson  
United States Bankruptcy Court  
Ronald Reagan Federal Building and Courthouse  
411 West Fourth Street, Suite 5130 / Courtroom 5C  
Santa Ana, CA 92701-4593

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**