TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PRCCC, INC.,<br><br>    Debtor. | Case No. 9:22-bk-10592-RC<br><br>Chapter 7<br><br>**NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that Sandra K. McBeth, the Chapter 7 trustee (the "Trustee," or "Applicant") for the estate of PRCCC, Inc. (the "Debtor"), has filed an application (the "Application") to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as general bankruptcy counsel pursuant to 11 U.S.C. § 327, with compensation pursuant to 11 U.S.C. § 330, and effective as of August 16, 2022. A copy of the complete Application is on file with the Court and may be obtained by submitting a written request to LNBYG, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

1

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ LNBYG as her bankruptcy counsel to render, among others, the following types of professional services:

    a.    analyzing and prosecuting avoidance claims and determining third party rights to cash;

    b.    advising Applicant with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee ("OUST") as they pertain to the Debtor;

    c.    advising Applicant with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;

    d.    representing Applicant in any proceeding or hearing in the Bankruptcy Court involving its estate unless Applicant is represented in such proceeding or hearing by other special counsel;

    e.    conducting examinations of witnesses, claimants or adverse parties and representing Applicant in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond LNBYG's staffing capabilities;

    f.    preparing and assisting the Applicant in the preparation of reports, applications, pleadings and orders including, but not limited to objections to claims, settlements and other matters relating to the case;

    g.    investigating, evaluating, and prosecuting objections to claims as may be appropriate; and

    h.    performing any other services which may be appropriate in LNBYG's representation of Applicant during the bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that LNBYG is a firm, which specializes in the practice of bankruptcy law and has represented chapter 7 and 11 trustees in many bankruptcy cases for numerous years.

**PLEASE TAKE FURTHER NOTICE** that to the best of Applicant's knowledge and based upon the Declaration of Timothy J. Yoo, LNBYG and all attorneys associated with

1  LNBYG who expect to render services in this matter are disinterested persons, do not hold or
2  represent an interest adverse to the estate, and do not have any connections with the Debtor, the
3  creditors of the estate, any other party in interest in this case, or each of their respective
4  attorneys or accountants, the OUST, or any person employed by the OUST.  In addition,
5  LNBYG has represented the Trustee in unrelated cases before the United States Bankruptcy
6  Court.  Such prior representation does not affect the proposed representation herein.

7  **PLEASE TAKE FURTHER NOTICE** that because LNBYG's practice is limited
8  exclusively to matters of bankruptcy, insolvency and reorganization law, the services provided
9  by LNBYG do not include the rendition of substantive legal advice outside of these areas such
10 as corporate, tax, securities, tort, environmental, labor, criminal, real estate law or real estate
11 litigation.  LNBYG will not be required to represent or advise the Trustee in matters which
12 LNBYG believes are beyond LNBYG's expertise such as the areas of law just described.  In
13 addition, LNBYG will not be required to represent the Trustee in matters where LNBYG
14 determines that it lacks the ability to staff the matter adequately, such as in certain, major
15 complex litigation.

16 **PLEASE TAKE FURTHER NOTICE** that no compensation will be paid by the
17 Trustee to LNBYG except upon application to and approval by this Court after notice and a
18 hearing pursuant to sections 330 and 331 of the Bankruptcy Code.  The hourly rates of
19 attorneys and paraprofessionals of LNBYG are set forth on the attached schedule.  LNBYG has
20 not received any retainer for legal services in contemplation of and in connection with this case.

21 **PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E)
22 requires that any response and request for hearing, in the form required by Local Bankruptcy
23 Rule 9013-1(f)(1), be filed and served on the Trustee, her counsel, and the Office of the United
24 States Trustee not later than 14 days from the date of service of this Notice, plus 3 additional
25 days if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).
26 ///
27 ///
28 ///

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

DATED: August 24, 2022

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ Timothy J. Yoo*
    TIMOTHY J. YOO
    CARMELA T. PAGAY
    Attorneys for Sandra K. McBeth
    Chapter 7 Trustee

**BILLING RATES**

| ATTORNEYS | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|
| DAVID W. LEVENE | 625 | 635 | 635 | 650 |
| DAVID L. NEALE | 625 | 635 | 635 | 650 |
| RON BENDER | 625 | 635 | 635 | 650 |
| MARTIN J. BRILL | 625 | 635 | 635 | 650 |
| TIMOTHY J. YOO | 625 | 635 | 635 | 650 |
| GARY E. KLAUSNER | 625 | 635 | 635 | 650 |
| EDWARD M. WOLKOWITZ | 625 | 635 | 635 | 650 |
| DAVID B. GOLUBCHIK | 625 | 635 | 635 | 650 |
| BETH ANN R. YOUNG | 595 | 610 | 620 | 635 |
| MONICA Y. KIM | 595 | 610 | 620 | 635 |
| DANIEL H. REISS | 595 | 610 | 620 | 635 |
| PHILIP A. GASTEIER | 595 | 610 | 620 | 635 |
| EVE H. KARASIK | 595 | 610 | 620 | 635 |
| TODD A. FREALY | 595 | 610 | 620 | 635 |
| KURT RAMLO | 595 | 610 | 620 | 635 |
| RICHARD P. STEELMAN, JR. |  | 610 | 620 | 635 |
| JULIET Y. OH | 580 | 595 | 605 | 620 |
| TODD M. ARNOLD | 580 | 595 | 605 | 620 |
| CARMELA T. PAGAY | 580 | 595 | 605 | 620 |
| ANTHONY A. FRIEDMAN | 580 | 595 | 605 | 620 |
| KRIKOR J. MESHEFEJIAN | 580 | 595 | 605 | 620 |
| JOHN-PATRICK M. FRITZ | 580 | 595 | 605 | 620 |
| JOSEPH ROTHBERG |  |  | 605 | 620 |

| | | | | |
|---|---|---|---|---|
| JEFFREY KWONG | 450 | 495 | 525 | 575 |
| LINDSEY L. SMITH | 495 | 510 | 525 | 550 |
| JONATHAN GOTTLIEB | | | 350 | 350 |
| PARAPROFESSIONALS | 250 | 250 | 250 | 250 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Timothy J Yoo**    tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **August 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRCCC, Inc.  
PO Box 1830  
Paso Robles, CA 93446

United States Trustee (ND)  
915 Wilshire Blvd, Suite 1850  
Los Angeles, CA 90017

Hon. Scott C. Clarkson  
United States Bankruptcy Court  
Ronald Reagan Federal Building and Courthouse  
411 West Fourth Street, Suite 5130 / Courtroom 5C  
Santa Ana, CA 92701-4593

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 24, 2022 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:22-bk-10592-RC<br>Central District of California<br>Santa Barbara<br>Wed Aug 24 13:07:38 PDT 2022 | PRCCC, Inc<br>PO Box 1830<br>Paso Robles, CA 93447-1830 | |
| Apex Fire<br>809 Paso Robles Street<br>Paso Robles, CA 93446-2626 | Aramark<br>3502 Dry Creek Road<br>Paso Robles, CA 93446-8570 | Avalon Gaming<br>2432 Main Street<br>Suite 107<br>Longmont, CO 80501-1101 |
| Avatar Computer Consulting<br>P.O. Box 291816<br>Los Angeles, CA 90029-8816 | Clark Pest Control<br>P.O. Box 1480<br>Lodi, CA 95241-1480 | Cyber-Scriber<br>P.O. Box 462<br>Jefferson, OR 97352-0462 |
| Darcy Villers<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Digital West<br>1998 Santa Barbara Avenue<br>Suite 200<br>San Luis Obispo, CA 93401-4488 | Dish Network<br>9601 South Meridian Blvd.<br>Englewood, CO 80112-5905 |
| Donald G. Ezzell<br>P.O. Box 6504<br>Denver, CO 80206-0504 | Drew Hunthausen<br>c/o Scott J. Ferrell, Esq.<br>Pacific Trial Attorneys<br>4100 Newport Pl Dr., Ste. 800<br>Newport Beach, CA 92660-1403 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>P.O. Box 269017<br>MIC 83<br>Sacramento, CA 95826 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GCG<br>633 W. 5th Street<br>Suite 2800<br>Los Angeles, CA 90071-2053 |
| Google Advertising<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 | Integrity Rest & Flooring<br>2345 A Street<br>Santa Maria, CA 93455-1072 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kyle King<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Light & Wonder<br>6601 Bermuda Road<br>Las Vegas, NV 89119-3605 | Mobiniti Marketing<br>16 S River Street<br>Suite 300<br>Wilkes Barre, PA 18702-2430 |
| North County Plumbing<br>810 Golden Meadow Drive<br>Paso Robles, CA 93446-4541 | PR Hospitality<br>P.O. Box 1830<br>Paso Robles, CA 93447-1830 | PR Waste Disposal & Recycle<br>2951 Wallace Drive<br>Paso Robles, CA 93446-7349 |
| PR Water Services<br>821 Pine Street<br>Suite A<br>Paso Robles, CA 93446-2881 | Pacific Gas & Electric<br>201 Market Street<br>San Francisco, CA 94105 | Payne & Fears LLP<br>4 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-8550 |

| | | |
|---|---|---|
| Premier Player Providers Inc.<br>Attn: Nasser Qutob, President<br>2950 Merced Street #234<br>San Leandro, CA 94577-5637 | Queen Gaming<br>13600 Imperial Hwy<br>Unit 7<br>Santa Fe Springs, CA 90670-4868 | Scientific Games<br>P.O. Box 749335<br>Los Angeles, CA 90074-9335 |
| Securities Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street<br>Suite 900<br>Los Angeles, CA 90071-2934 | Simply Clear Marketing<br>615 Clarion Court<br>Suite 2<br>San Luis Obispo, CA 93401-8197 | Southern California Edison<br>9708 Valley Blvd.<br>Rosemead, CA 91770-1554 |
| State Board of Equalization<br>Acct Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | The Blueprinter<br>345 Spring Street<br>Paso Robles, CA 93446-3147 | United Gaming Solutions<br>19744 Beach Blvd.<br>Suite 507<br>Huntington Beach, CA 92648-2988 |
| United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Atlantic Systems<br>45 West Industrial Way<br>Paoli, PA 19301-1482 | William E. Holmes<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 |
| Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascadero, CA 93422-4697 | Todd C. Ringstad<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660-2188 | |