| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Allen K. Hutkin Bar No. 143200<br>Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401<br>Phone: (805) 544-1500<br>Fax: (805) 544-1532<br>Email: ahutkin@hutkinlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 17 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Spann     DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>PRCCC, INC.<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:22-bk-10592-RC<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE:  09/20/2022<br>TIME:  10:00 a.m.<br>COURTROOM:  201<br>PLACE: 1415 State Street<br>         Santa Barbara, CA  93101 |

**Movant:** DARCY VILLERS, WILLIAM E. HOLMES, and KYLE KING

1. The Motion was:     ☒ Opposed     ☐ Unopposed     ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

   Nonbankruptcy Action: Villers, et al. v. PRCCC, Inc., Donald G. Ezzell now pending in San Luis Obispo County Superior Court, Case Number 18CVP-0175 (the STATE COURT ACTION).

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                                Page 1                                                     F 4001-1.RFS.DENY.ORDER

3. The Motion is denied:   ☒ without prejudice   ☐ with prejudice   ☒ on the following grounds:

    a. ☒ Based upon the findings of fact and conclusions of law made on the record at the hearing through adoption of the Court's tentative ruling

    b. ☐ Unexcused non-appearance by Movant

    c. ☐ Lack of proper service

    d. ☒ Lack of good cause shown for relief from stay

    e. ☐ No stay is in effect under:

        (1) ☐ 11 U.S.C. § 362(c)(2)(A)

        (2) ☐ 11 U.S.C. § 362(c)(2)(B)

        (3) ☐ 11 U.S.C. § 362(c)(3)(A)

        (4) ☐ 11 U.S.C. § 362(c)(4)(A)

    f. ☐ Other *(specify)*:

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: October 17, 2022

Ronald A. Clifford III
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014　　　　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　F 4001-1.RFS.DENY.ORDER