```
 1  TIMOTHY J. YOO (State Bar No. 155531)
    tjy@lnbyb.com
 2  CARMELA T. PAGAY (State Bar No. 195603)
    ctp@lnbyb.com
 3  LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
    2818 La Cienega Avenue
 4  Los Angeles, CA  90034
    Telephone: (310) 229-1234
 5  Facsimile: (310) 229-1244

 6  Attorneys for Sandra K. McBeth
    Chapter 7 Trustee
 7
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| In re | Case No. 9:22-bk-10592-RC |
|---|---|
| PRCCC, INC., | Chapter 7 |
| Debtor. | **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY M. KATHLEEN KLEIN, CERTIFIED PUBLIC ACCOUNTANT AS ACCOUNTANT** |
|  | [No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

    **PLEASE TAKE NOTICE** that Sandra K. McBeth, the chapter 7 trustee (the "Trustee," or "Applicant") for the estate of PRCCC, INC. (the "Debtor"), has filed an application (the "Application") to employ M. Kathleen Klein, Certified Public Accountant ("Accountant"), as accountant for the Trustee pursuant to 11 U.S.C. § 327, with compensation pursuant to 11 U.S.C. § 330, and effective as of October 18, 2022.  A copy of the complete Application is on file with the Court and may be obtained by submitting a written request to the Trustee's general bankruptcy counsel, whose name, address and facsimile number are set forth in the upper left-hand corner of the first page of this Notice.

1

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Accountant as accountant for the Trustee to render, among others, the following types of professional services:

    a.    preparing books of account in accordance with generally accepted accounting principles (GAAP);

    b.    preparing any unfiled pre-petition tax returns;

    c.    preparing fiduciary tax returns for the administrative period (2022 through case closing);

    d.    preparing any required amended tax returns or claims to obtain an refunds to which the estate may be entitled;

    e.    evaluating the advisability of the estate making certain bankruptcy elections under the Internal Revenue Code;

    f.    engaging in negotiations with and obtaining clearances from taxing authorities; and

    g.    performing such other accounting and tax services as are customarily provided by a certified public accountant to a trustee of a bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that Accountant is highly experienced and is a duly licensed certified public accountant authorized to practice in the jurisdiction of the above-referenced Court. Accountant maintains offices at 6061 North Fresno Street, Suite 106, Fresno, California 93710.

**PLEASE TAKE FURTHER NOTICE** that Accountant will be paid on an hourly basis of $275 per hour for M. Kathleen Klein, and $100 per hour for staff. In addition to its hourly billed fees, Accountant will seek reimbursement of its expenses from the estate in accordance with the rates set forth in the guidelines promulgated by the Office of the United States Trustee ("OUST"). No compensation will be paid by Applicant to Accountant except upon application to and approval by this Court after notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that to the best of Applicant's knowledge and based upon the Klein Declaration, accountant and all staff who expect to render services in this

matter are disinterested persons, do not hold or represent an interest adverse to the estate, and do not have any connections with the Debtor, the creditors of the estate, any other party in interest in this case, or each of their respective attorneys or accountants, the OUST, or any person employed by the OUST.  Accountant has represented the Trustee in unrelated cases before the United States Bankruptcy Court.  Such prior representation does not affect the proposed representation herein.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 2014-1(b)(3)(E) requires that any response and request for hearing, in the form required by Local Bankruptcy Rule 9013-1(f), be filed and served on the Trustee, her counsel, and the Office of the United States Trustee not later than 14 days from the date of service of this Notice, plus 3 additional days if the notice was served by mail, or pursuant to F.R.Civ.P. Rule 5(b)(2)(D) or (F).

**PLEASE TAKE FURTHER NOTICE** that the failure to file a timely objection to the Application or request for a Bankruptcy Court hearing on the Application may be deemed by the Bankruptcy Court to constitute consent to Bankruptcy Court approval of the Application.

DATED: October 19, 2022         LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.


By:/s/ *Carmela T. Pagay*
   TIMOTHY J. YOO
   CARMELA T. PAGAY
   Attorneys for Sandra K. McBeth
   Chapter 7 Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF FILING OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY M. KATHLEEN KLEIN, CERTIFIED PUBLIC ACCOUNTANT AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Donald Lee Mabry    dmabry@hutkinlaw.com
- Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- Christopher Minier    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Thomas L Vincent    tlv@paynefears.com, ccason@paynefears.com
- Timothy J Yoo    tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **October 19, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PRCCC, Inc.  
PO Box 1830  
Paso Robles, CA 93446

Kathleen Klein  
6061 North Fresno Street, Suite 106  
Fresno, California 93710

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 19, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 19, 2022 | Damon Woo | /s/ Damon Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:22-bk-10592-RC<br>Central District of California<br>Santa Barbara<br>Wed Oct 19 12:15:21 PDT 2022 | PRCCC, Inc.<br>PO Box 1830<br>Paso Robles, CA 93447-1830 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 |
| Apex Fire<br>809 Paso Robles Street<br>Paso Robles, CA 93446-2626 | Aramark<br>3502 Dry Creek Road<br>Paso Robles, CA 93446-8570 | Avalon Gaming<br>2432 Main Street<br>Suite 107<br>Longmont, CO 80501-1101 |
| Avatar Computer Consulting<br>P.O. Box 291816<br>Los Angeles, CA 90029-8816 | Clark Pest Control<br>P.O. Box 1480<br>Lodi, CA 95241-1480 | Cyber-Scriber<br>P.O. Box 462<br>Jefferson, OR 97352-0462 |
| Darcy Villers<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Digital West<br>1998 Santa Barbara Avenue<br>Suite 200<br>San Luis Obispo, CA 93401-4488 | Dish Network<br>9601 South Meridian Blvd.<br>Englewood, CO 80112-5905 |
| Donald G. Ezzell<br>P.O. Box 6504<br>Denver, CO 80206-0504 | Drew Hunthausen<br>c/o Scott J. Ferrell, Esq.<br>Pacific Trial Attorneys<br>4100 Newport Pl Dr., Ste. 800<br>Newport Beach, CA 92660-1403 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>P.O. Box 269017<br>MIC 83<br>Sacramento, CA 95826 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | GCG<br>633 W. 5th Street<br>Suite 2800<br>Los Angeles, CA 90071-2053 |
| Google Advertising<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 | Integrity Restoration<br>& Flooring Covering Inc.<br>2345 A Street<br>Santa Maria, CA 93455-1072 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kyle King<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Light & Wonder<br>6601 Bermuda Road<br>Las Vegas, NV 89119-3605 | Mobiniti Marketing<br>16 S River Street<br>Suite 300<br>Wilkes Barre, PA 18702-2430 |
| North County Plumbing<br>810 Golden Meadow Drive<br>Paso Robles, CA 93446-4541 | PR Hospitality<br>P.O. Box 1830<br>Paso Robles, CA 93447-1830 | PR Waste Disposal & Recycle<br>2951 Wallace Drive<br>Paso Robles, CA 93446-7349 |
| PR Water Services<br>821 Pine Street<br>Suite A<br>Paso Robles, CA 93446-2881 | Pacific Gas & Electric<br>201 Market Street<br>San Francisco, CA 94105 | Payne & Fears LLP<br>4 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-8550 |

| | | |
|---|---|---|
| Premier Player Providers Inc.<br>Attn: Nasser Qutob, President<br>2950 Merced Street #234<br>San Leandro, CA 94577-5637 | Queen Gaming<br>13600 Imperial Hwy<br>Unit 7<br>Santa Fe Springs, CA 90670-4868 | Scientific Games<br>P.O. Box 749335<br>Los Angeles, CA 90074-9335 |
| Securities Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street<br>Suite 900<br>Los Angeles, CA 90071-2934 | Simply Clear Marketing<br>615 Clarion Court<br>Suite 2<br>San Luis Obispo, CA 93401-8197 | SoCalGas<br>P.O. Box 30337<br>Los Angeles, CA 90030-0337 |
| Southern California Edison<br>9708 Valley Blvd.<br>Rosemead, CA 91770-1554 | State Board of Equalization<br>Acct Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | TGCG<br>633 W. 5th Street, Suite 2600<br>Los Angeles, CA 90071-2053 |
| The Blueprinter<br>345 Spring Street<br>Paso Robles, CA 93446-3147 | The General Counsel Group, P.C.<br>P.O. Box 6504<br>Denver CO 80206-0504 | United Gaming Solutions<br>19744 Beach Blvd.<br>Suite 507<br>Huntington Beach, CA 92648-2988 |
| United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Atlantic Systems<br>45 West Industrial Way<br>Paoli, PA 19301-1482 | William E. Holmes<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 |
| Christopher Minier<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660-2188 | Darcy Villers<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Donald Ezzell<br>The General Counsel Group, P.C.<br>P.O. Box 6504<br>Denver, CO 80206-0504 |
| Kyle King<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascadero, CA 93422-4697 | Thomas L Vincent<br>Payne & Fears LLP<br>4 Park Plaza Ste 1100<br>Irvine, CA 92614-8550 |
| Todd C. Ringstad<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660-2188 | William E Holmes<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    52
Bypassed recipients     1
Total                  53