TIMOTHY J. YOO (State Bar No. 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

FILED & ENTERED

NOV 09 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PRCCC, INC.,<br><br>Debtor. | Case No. 9:22-bk-10592-RC<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO EMPLOY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P. AS GENERAL BANKRUPTCY COUNSEL**<br><br>[No hearing required pursuant to 9013-1(o) and 2014-1(b)(1)] |

The Court, having considered the "Application of Chapter 7 Trustee to Employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. as General Bankruptcy Counsel; Declaration of Timothy J. Yoo in Support Thereof" [Doc 13] (the "Application"), filed by Sandra K. McBeth, chapter 7 trustee (the "Trustee") for the bankruptcy estate of PRCCC, Inc. (the "Debtor"), and the declaration of the Trustee's counsel certifying that no response and request for hearing concerning the Application was timely filed; finding that it appears in the best interest of the estate that the Trustee employ Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") as her general counsel; finding further that LNBYG is disinterested; finding further that the

appropriate notice has been mailed to the Debtor and all interested parties as required under Local Bankruptcy Rule 2014-1(b)(2); and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** the Application is approved, and the Trustee is hereby authorized to employ LNBYG as general counsel effective as of August 16, 2022, on the terms and conditions set forth in the Application.

**IT IS SO ORDERED.**

### # # #

Date: November 9, 2022

Ronald A. Clifford III
United States Bankruptcy Judge