Allen K. Hutkin (SBN 143200)
*ahutkin@hutkinlaw.com*
Donald L. Mabry (SBN 187750)
*dmabry@hutkinlaw.com*
HUTKIN LAW FIRM, APC
1220 Marsh Street
San Luis Obispo, CA 93401
Tel: (805) 544-1500
Fax: (805) 544-1532

Attorneys for Creditors and Movants
DARCY VILLERS, WILLIAM F.
HOLMES AND KYLE KING

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PRCCC, INC.<br><br>     Debtor. | Case No.: 9:22-BK-10592-RC<br><br>Chapter 7 Proceeding<br><br>**OBJECTION BY CREDITORS AND MOVANTS DARCY VILLERS, WILLIAM F. HOLMES, AND KYLE KING TO FORM OF ORDER LODGED BY DEBTOR PRCCC, INC. DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>[Objected-To Proposed Order Lodged as Docket No. 59 on February 21, 2023]<br><br>Date:    February 21, 2023<br>Time:   10:00 am<br>Place:   Courtroom 201<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

---

1

OBJECTION BY CREDITORS AND MOVANTS DARCY VILLERS, WILLIAM F.
HOLMES, AND KYLE KING TO FORM OF ORDER LODGED BY DEBTOR PRCCC,
INC. DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11
U.S.C. § 362

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY COURT JUDGE:

Creditors and Movants Darcy Villers, William F. Holmes, and Kyle King ("Movants") object to a sentence in Section 3(f) of the Order Denying Motion For Relief From The Automatic State Under 11 U.S.C. § 362 lodged by Debtor PRCCC, Inc. [Docket No. 59] ("Proposed Order"), which is attached to this Objection as Exhibit A. Section 3(f) of the objected-to Proposed Order states:

> For the reasons set forth in the Court's tentative ruling, a copy of which is attached hereto and incorporated herein, the Motion is denied. ***The automatic stay of 11 U.S.C. § 362(a) shall remain in effect with respect to the Debtor, PRCCC, Inc., the Debtor's bankruptcy estate and the Debtor's property.***

Movants object to the bold italicized language above on the grounds that: (1) the sentence is gratuitous language which the Court did not state and which appears directed at the Superior Court judge in the underlying Superior Court action; and (2) the Court's denial of the motion and adoption of its tentative ruling is sufficient without the gratuitous language which appears designed to thwart the progress of the State Court action.

Accordingly, Movants request entry of an alternative proposed order, which is attached to this Objection as Exhibit B, which removes the bold italicized language above.[1]

Dated: February 28, 2023                    HUTKIN LAW FIRM, APC


                                            /s/ Donald L. Mabry
                                    By: _____
                                            Allen K. Hutkin
                                            Donald L. Mabry
                                            *Attorneys for Movants*

---

[1] The alternative proposed order is being separately lodged.

Exhibit A

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd C. Ringstad (State Bar No. 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS, LLP<br>4910 Birch Street, Suite 120<br>Newport Beach, CA  92660<br>Telephone: (949) 851-7450<br>Facsimile: (949) 851-6926<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: PRCCC, Inc. | FOR COURT USE ONLY |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>PRCCC, INC,<br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 9:22-bk-10592-RC<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM) |

PLEASE TAKE NOTE that the order titled <u>ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)</u> was lodged on (*date*) <u>February 21, 2023</u> and is attached.  This order relates to the motion which is docket number <u>32</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Todd C. Ringstad (State Bar No. 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>4910 Birch Street, Suite 120<br>Newport Beach, CA 92660<br>Telephone: (949) 851-7450<br>Facsimile: (949) 851-6926<br><br>Counsel for PRCCC, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>PRCCC, INC.<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:22-bk-10592-RC<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 02/21/2023<br>TIME: 10:00 a.m.<br>COURTROOM: 201<br>PLACE: 1415 State Street<br>       Santa Barbara, CA 93101 |
|---|---|
| **Movant:** DARCY VILLERS, WILLIAM E. HOLMES, and KYLE KING | |

1. The Motion was:  ☒ Opposed  ☐ Unopposed  ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

   Nonbankruptcy Action: Villers, et al. v. PRCCC, Inc., Donald G. Ezzell now pending in San Luis Obispo County Superior Court, Case Number 18CVP-0175 (the STATE COURT ACTION).

3. The Motion is denied:  ☒ without prejudice  ☐ with prejudice  ☒ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☒ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:
      (1) ☐ 11 U.S.C. § 362(c)(2)(A)
      (2) ☐ 11 U.S.C. § 362(c)(2)(B)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014 | Page 1 | F 4001-1.RFS.DENY.ORDER

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f.   ☒ Other *(specify)*: For the reasons set forth in the Court's tentative ruling, a copy of which is attached hereto and incorporated herein, the Motion is denied. The automatic stay of 11 U.S.C. § 362(a) shall remain in effect with respect to the Debtor, PRCCC, Inc., the Debtor's bankruptcy estate and the Debtor's property.

4.   ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014      Page 2      F 4001-1.RFS.DENY.ORDER

United States Bankruptcy Court
Central District of California
Northern Division
Ronald A Clifford III, Presiding
Courtroom 201 Calendar

Tuesday, February 21, 2023                            Hearing Room    201

10:00 AM
9:22-10592     PRCCC, Inc.                                         Chapter 7

  #5.00     CONT'D Hearing
            RE: [32] Notice of Motion and Motion in Individual Case for Order Confirming
            Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11
            U.S.C. 362(c)(4)(A)(ii) Declaration of Allen K. Hutkin In Support Thereof.

            FR. 11-8-22, 12-13-22

                             Docket     32

**Tentative Ruling:**

**December 13, 2022**

**Appearances required.**

**The Court will deny the Motion for the reasons stated *infra*.**

Pursuant to 11 U.S.C. § 362(a), the filing of the bankruptcy petition operates as a stay as to, among other things, the "commencement or continuation…or proceeding against the debtor," enforcement of a judgment, any act to obtain possession of property of the estate, any act to collect, assess, or recover a claim against the debtor that arose prepetition, and the setoff of any debt owing to the debtor that arose before commencement of the case. *See* 11 U.S.C. § 362(a)(1)-(a)(8).

Yet, "[t]he automatic stay does not necessarily prevent all activity outside the bankruptcy forum." *Valencia v. Rodriguez*, 87 Cal. App. 4th 1222, 1226 (2001) (citing *David v. Hooker, Ltd.*, 560 F.2d 412, 417–18 (9th Cir. 1977)). For example, as both parties appear to acknowledge, the automatic stay "does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.'" *In re Ripon Self Storage, LLC*, 2011 WL 3300087, at *6 (9th Cir. BAP Apr. 1, 2011) (citing *Advanced Ribbons & Office Prods. v. U.S.*, 125 B.R. 259, 263 (9th Cir. BAP 1991)).

Pursuant to 11 U.S.C. § 362(d), this Court shall grant relief from the automatic stay for "cause." "What constitutes 'cause' for granting relief from the automatic stay is

United States Bankruptcy Court
Central District of California
Northern Division
Ronald A Clifford III, Presiding
Courtroom 201 Calendar

Tuesday, February 21, 2023             Hearing Room    201

10:00 AM
**CONT...**      **PRCCC, Inc.**                                                                    **Chapter 7**

decided on a case-by-case basis." *In re Merriman*, 616 B.R. 381, 387 (9th Cir. BAP 2020), *appeal dismissed*, 2021 WL 3610895 (9th Cir. Feb. 26, 2021).

Here, Movants do not seek to proceed in state court as against the Debtor. Rather, Movants seek to move against third party, non-debtor defendants in a state court matter in which the Debtor was named. Movants request "limited relief from the automatic stay so that Movants can file a motion to bifurcate the State Court action so Movants can proceed solely against Donald Ezzell, Debtor's owner and further rule that Movants will not be held liable for violations of the stay for serving notice in furtherance of that motion." *See* Docket No. 32, p. 8, Section 6(f). Movants have not explained why the filing of any such bifurcation motion triggers a violation of the automatic stay, or how any such motion would affect the Debtor and the Debtor's estate.

Movants do argue, however, that "[i]t is well established that absent unusual circumstances, the automatic stay does not extend to non-debtors." *See* Docket No. 41, p. 2, lines 23-24. This, however, conflicts with an earlier suggested goal of Movants, which is to obtain a lifting of the stay "for the limited purpose of allowing Movants to pursue their claims against Mr. Ezzell in State Court." *Id.* at lines 9-11. Movants are making the argument that the stay does not apply to their actions against these non-debtor third parties in state court, but then seek a lifting of the automatic stay that, again, they argue does not apply to these parties in the Debtor's bankruptcy case.

The Motion is denied as the Movants have not shown cause to lift the stay.

| **Party Information** |
|---|

**Debtor(s):**

    PRCCC, Inc.                                           Represented By
                                                             Todd C. Ringstad
                                                             Christopher Minier
                                                             Thomas L Vincent

**Movant(s):**

    Kyle King                                               Represented By
                                                             Donald Lee Mabry

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**      **Hearing Room 201**

**10:00 AM**
**CONT...**      **PRCCC, Inc.**      **Chapter 7**

    William E Holmes      Represented By
         Donald Lee Mabry

    Darcy Villers      Represented By
         Donald Lee Mabry

**Trustee(s):**

    Sandra McBeth (TR)      Represented By
         Timothy J Yoo
         Carmela Pagay

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4910 Birch Street, Suite 120, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 21, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donald Lee Mabry**     dmabry@hutkinlaw.com
- **Sandra McBeth (TR)**     jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Christopher Minier**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Carmela Pagay**     ctp@lnbyg.com
- **Todd C. Ringstad**     becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (ND)**     ustpregion16.nd.ecf@usdoj.gov
- **Thomas L Vincent**     tlv@paynefears.com, ccason@paynefears.com
- **Timothy J Yoo**     tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) February 21, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ronald A. Clifford III
United States Bankruptcy Court
Northern Division
1415 State Street, Ste. 233
Santa Barbara, CA 93101

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 21, 2023 | Arlene Martin | /s/ Arlene Martin |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# Exhibit B

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Allen K. Hutkin (State Bar No. 143200)<br>Donald L. Mabry (State Bar No. 187750)<br>Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401<br>Phone: (805) 544-1500<br>Fax: (805) 544-1532<br>Email: ahutkin@hutkinlaw.com<br>Email: dmabry@hutkinlaw.com<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>PRCCC, INC.<br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:22-bk-10592-RC<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 02/21/2023<br>TIME: 10:00 a.m.<br>COURTROOM: 201<br>PLACE: 1415 State Street<br>            Santa Barbara, CA 93101 |
|---|---|

**Movant:** DARCY VILLERS, WILLIAM E. HOLMES, and KYLE KING

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action):*

   Nonbankruptcy Action: Villers, et al. v. PRCCC, Inc., Donald G. Ezzell now pending in San Luis Obispo County Superior Court, Case Number 18CVP-0175 (the STATE COURT ACTION).

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:
   a.  ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b.  ☐ Unexcused non-appearance by Movant
   c.  ☐ Lack of proper service
   d.  ☒ Lack of good cause shown for relief from stay
   e.  ☐ No stay is in effect under:

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                                        Page 1                                        F 4001-1.RFS.DENY.ORDER

    (1) ☐ 11 U.S.C. § 362(c)(2)(A)

    (2) ☐ 11 U.S.C. § 362(c)(2)(B)

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

f. ☒ Other *(specify)*: For the reasons set forth in the Court's tentative ruling, a copy of which is attached hereto and incorporated herein, the Motion is denied.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 4001-1.RFS.DENY.ORDER

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
#### Courtroom 201 Calendar

**Tuesday, February 21, 2023**        Hearing Room    201

**10:00 AM**
**9:22-10592**    **PRCCC, Inc.**                                                          Chapter 7

#5.00    CONT'D Hearing
RE: [32] Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) Declaration of Allen K. Hutkin In Support Thereof.

FR. 11-8-22, 12-13-22

                 Docket      32

**Tentative Ruling:**

**December 13, 2022**

**Appearances required.**

**The Court will deny the Motion for the reasons stated *infra*.**

Pursuant to 11 U.S.C. § 362(a), the filing of the bankruptcy petition operates as a stay as to, among other things, the "commencement or continuation...or proceeding against the debtor," enforcement of a judgment, any act to obtain possession of property of the estate, any act to collect, assess, or recover a claim against the debtor that arose prepetition, and the setoff of any debt owing to the debtor that arose before commencement of the case. *See* 11 U.S.C. § 362(a)(1)-(a)(8).

Yet, "[t]he automatic stay does not necessarily prevent all activity outside the bankruptcy forum." *Valencia v. Rodriguez*, 87 Cal. App. 4th 1222, 1226 (2001) (citing *David v. Hooker, Ltd.*, 560 F.2d 412, 417–18 (9th Cir. 1977)). For example, as both parties appear to acknowledge, the automatic stay "does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.'" *In re Ripon Self Storage, LLC*, 2011 WL 3300087, at *6 (9th Cir. BAP Apr. 1, 2011) (citing *Advanced Ribbons & Office Prods. v. U.S.*, 125 B.R. 259, 263 (9th Cir. BAP 1991)).

Pursuant to 11 U.S.C. § 362(d), this Court shall grant relief from the automatic stay for "cause." "What constitutes 'cause' for granting relief from the automatic stay is

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**          Hearing Room    201

**10:00 AM**
**CONT...**     **PRCCC, Inc.**        Chapter 7

decided on a case-by-case basis." *In re Merriman*, 616 B.R. 381, 387 (9th Cir. BAP 2020), *appeal dismissed*, 2021 WL 3610895 (9th Cir. Feb. 26, 2021).

Here, Movants do not seek to proceed in state court as against the Debtor. Rather, Movants seek to move against third party, non-debtor defendants in a state court matter in which the Debtor was named. Movants request "limited relief from the automatic stay so that Movants can file a motion to bifurcate the State Court action so Movants can proceed solely against Donald Ezzell, Debtor's owner and further rule that Movants will not be held liable for violations of the stay for serving notice in furtherance of that motion." *See* Docket No. 32, p. 8, Section 6(f). Movants have not explained why the filing of any such bifurcation motion triggers a violation of the automatic stay, or how any such motion would affect the Debtor and the Debtor's estate.

Movants do argue, however, that "[i]t is well established that absent unusual circumstances, the automatic stay does not extend to non-debtors." *See* Docket No. 41, p. 2, lines 23-24. This, however, conflicts with an earlier suggested goal of Movants, which is to obtain a lifting of the stay "for the limited purpose of allowing Movants to pursue their claims against Mr. Ezzell in State Court." *Id.* at lines 9-11. Movants are making the argument that the stay does not apply to their actions against these non-debtor third parties in state court, but then seek a lifting of the automatic stay that, again, they argue does not apply to these parties in the Debtor's bankruptcy case.

The Motion is denied as the Movants have not shown cause to lift the stay.

### Party Information

**Debtor(s):**

PRCCC, Inc.        Represented By
                                               Todd C. Ringstad
                                               Christopher Minier
                                               Thomas L Vincent

**Movant(s):**

Kyle King        Represented By
                                               Donald Lee Mabry

Exhibit "1"

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**      Hearing Room   201

**10:00 AM**

**CONT...    PRCCC, Inc.**      Chapter 7

    William E Holmes      Represented By
         Donald Lee Mabry

    Darcy Villers      Represented By
         Donald Lee Mabry

**Trustee(s):**

    Sandra McBeth (TR)      Represented By
         Timothy J Yoo
         Carmela Pagay

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Hutkin Law Firm, APC, 1220 Marsh Street, San Luis Obispo, CA 93401

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION BY CREDITORS AND MOVANTS DARCY VILLERS, WILLIAM F. HOLMES, AND KYLE KING TO FORM OF ORDER LODGED BY DEBTOR PRCCC, INC. DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/28/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ATTORNEY FOR DEBTOR, Todd C. Ringstad, Esq.: becky@ringstadlaw.com; arlene@ringstadlaw.com
TRUSTEE, Sandra McBeth (TR): jwalker@mcbethlegal.com; CA65@ecfcbis.com; ecf.alert+McBeth@titlexi.com
ATTORNEY FOR TRUSTEE, Timothy J. Yoo, Esq.: tjy@lnbyb.com
UNITED STATES TRUSTEE (ND): ustpregion16.nd.ecf@usdoj.gov

[✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/28/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Overnight Mail Service:

PRESIDING BANKRUPTCY JUDGE, Honorable Ronald A. Clifford III, U.S. Bankruptcy Court, Northern Division, 1415 State Street, Suite 233, Santa Barbara, CA 93101

[✓] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/28/2023 | Donald L. Mabry | /s/ Donald L. Mabry |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               F 9013-3.1.PROOF.SERVICE

Attachment to F 9013-3.1.PROOF OF SERVICE

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

Additional Persons Served Via NEF:

ATTORNEY FOR DEBTOR: Christopher Minier, Esq.: becky@ringstadlaw.com; arlene@ringstadlaw.com
ATTORNEY FOR DEBTOR: Thomas L. Vincent, Esq.: tlv@paynefears.com; ccason@paynefears.com

### 3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):

Additional Persons Served Via Overnight Mail Service:

ATTORNEYS FOR DONALD G. EZZELL:

Donald G. Ezzell, Esq.
The General Counsel Group, P.C.
1144 Black Oak Drive
Paso Robles, California 93446

Benjamin A. Nix, Esq.
Andrew K. Haeffele, Esq.
Payne & Fears LLP
4 Park Plaza, Suite 1100
Irvine, California 92614