Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
RINGSTAD & SANDERS LLP
4910 Birch Street, Suite 120
Newport Beach, CA 92660
Telephone: (949) 851-7450
Facsimile: (949) 851-6926

Counsel for Chapter 7 Debtor, PRCCC, Inc.

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PRCCC, INC., a California corporation,<br><br>Debtor and<br>Debtor-in-Possession. | CASE NO. 9:22-BK-10592 RC<br><br>Chapter 7 Proceeding<br><br>**RESPONSE TO OBJECTION OF MOVANTS TO FORM OF ORDER LODGED BY MOVANTS DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT ACTION**<br><br>[Proposed Order Lodged as Docket No. 59 on February 21, 2023]<br><br><u>Stay Relief Hearing</u>:<br>DATE:    February 21, 2023<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 201<br>              1415 State Street<br>              Santa Barbara, CA 93101 |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE:**

PRCCC, Inc. (the "Debtor"), hereby respectfully submits this Response to the Objection of movants Darcy Villers, William E. Holmes and Kyle King (the "Plaintiffs") (Doc. 60) to the proposed Order denying their Motion for Relief from the Automatic Stay (Action in Nonbankruptcy Forum) [Doc. 59] (the "Motion").

1   The Movants just can't seem to quit pursuing a misleading result in their multiple efforts
2   to obtain some sort of relief from the automatic stay. The Debtor's proposed Order states:
3   For the reasons set forth in the Court's tentative ruling, a copy of which is
4   attached hereto and incorporated herein, the Motion is denied. The automatic stay
5   of 11 U.S.C. § 362 shall remain in effect with respect to the Debtor, PRCCC, Inc.,
6   the Debtor's bankruptcy estate and the Debtor's property."
7   Movants object solely to the second sentence of the above paragraph. Movants do not
8   assert that the sentence is incorrect, improper, or misleading. In fact, after their multiple efforts
9   to obtain stay relief, the sentence is accurate and appropriate. Their sole complaint is that it is
10  "gratuitous." Without explaining their reasons, they somehow find objectionable recognition
11  that the automatic stay remains in effect *as to the Debtor, the bankruptcy estate, and the
12  Debtor's property.* There is nothing improper, misleading, or gratuitous about this sentence.
13  Nothing in the Debtor's proposed order even hints that that stay applies to or protects Mr.
14  Ezzell. The order is clear and unambiguous. Debtor therefore requests that the Order be
15  approved as submitted by the Debtor.

16  Date: March 7, 2023                    Respectfully submitted,
17                                          Ringstad & Sanders LLP
18
19                                          By:   */s/ Todd C. Ringstad*
20                                              Todd C. Ringstad
                                            Counsel for PRCCC, Inc., Debtor

Ringstad & Sanders L.L.P.
4910 Birch Street, Suite 120
Newport Beach, California 92660
949.851.7450

- 2 -

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4910 Birch Street, Suite 120, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO OBJECTION OF MOVANTS TO FORM OF ORDER LODGED BY MOVANTS DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PURSUE STATE COURT ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    - **Donald Lee Mabry**    dmabry@hutkinlaw.com
    - **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
    - **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
    - **Carmela Pagay**    ctp@lnbyg.com
    - **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
    - **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
    - **Thomas L Vincent**    tlv@paynefears.com, ccason@paynefears.com
    - **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Except for documents over 25 pages, including exhibits, the requirement to deliver judges' copies of documents to chambers (LBR 5005-2(d)) continues to be temporarily suspended.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 7, 2023 | Arlene Martin | /s/ Arlene Martin |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**