| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Todd C. Ringstad (State Bar No. 97345)<br>todd@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>4910 Birch Street, Suite 120<br>Newport Beach, CA 92660<br>Telephone: (949) 851-7450<br>Facsimile: (949) 851-6926<br><br>Counsel for PRCCC, Inc. | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 24 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY handy    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>PRCCC, INC.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:22-bk-10592-RC<br>CHAPTER: 7<br><br>**ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>DATE: 02/21/2023<br>TIME: 10:00 a.m.<br>COURTROOM: 201<br>PLACE: 1415 State Street<br>          Santa Barbara, CA  93101 |

**Movant:** DARCY VILLERS, WILLIAM E. HOLMES, and KYLE KING

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Not Prosecuted

2. The description of the Property or Nonbankruptcy Action to which this order applies is as follows *(specify street address, legal description, personal property description or Nonbankruptcy Action)*:

   Nonbankruptcy Action: Villers, et al. v. PRCCC, Inc., Donald G. Ezzell now pending in San Luis Obispo County Superior Court, Case Number 18CVP-0175 (the STATE COURT ACTION).

3. The Motion is denied:    ☒ without prejudice    ☐ with prejudice    ☒ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☒ Lack of good cause shown for relief from stay
   e. ☐ No stay is in effect under:
      (1) ☐ 11 U.S.C. § 362(c)(2)(A)
      (2) ☐ 11 U.S.C. § 362(c)(2)(B)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                        Page 1                                        F 4001-1.RFS.DENY.ORDER

    (3) ☐ 11 U.S.C. § 362(c)(3)(A)

    (4) ☐ 11 U.S.C. § 362(c)(4)(A)

  f. ☒ Other *(specify)*: For the reasons set forth in the Court's tentative ruling, a copy of which is attached hereto and incorporated herein, the Motion is denied. The automatic stay of 11 U.S.C. § 362(a) shall remain in effect with respect to the Debtor, PRCCC, Inc., the Debtor's bankruptcy estate and the Debtor's property.

4. ☐ Movant may not file another motion for relief from the stay in this bankruptcy case absent a court order authorizing the filing of another motion.

###

Date: March 24, 2023

*[Signature]*
Ronald A. Clifford III
United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*  Page 2  F 4001-1.RFS.DENY.ORDER

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**                                                                                                             **Hearing Room**    **201**

**10:00 AM**
**9:22-10592**      **PRCCC, Inc.**                                                                                                  **Chapter 7**

    **#5.00**      CONT'D Hearing
RE: [32] Notice of Motion and Motion in Individual Case for Order Confirming Termination of Stay under 11 U.S.C. 362(j) or That No Stay is in Effect under 11 U.S.C. 362(c)(4)(A)(ii) Declaration of Allen K. Hutkin In Support Thereof.

FR. 11-8-22, 12-13-22

                                      Docket      32

**Tentative Ruling:**

    <u>**December 13, 2022**</u>

    **Appearances required.**

    **The Court will deny the Motion for the reasons stated *infra*.**

    Pursuant to 11 U.S.C. § 362(a), the filing of the bankruptcy petition operates as a stay as to, among other things, the "commencement or continuation…or proceeding against the debtor," enforcement of a judgment, any act to obtain possession of property of the estate, any act to collect, assess, or recover a claim against the debtor that arose prepetition, and the setoff of any debt owing to the debtor that arose before commencement of the case.  *See* 11 U.S.C. § 362(a)(1)-(a)(8).

    Yet, "[t]he automatic stay does not necessarily prevent all activity outside the bankruptcy forum."  *Valencia v. Rodriguez*, 87 Cal. App. 4th 1222, 1226 (2001) (citing *David v. Hooker, Ltd.*, 560 F.2d 412, 417–18 (9th Cir. 1977)).  For example, as both parties appear to acknowledge, the automatic stay "does not stay actions against guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the debts of the debtor.'"  *In re Ripon Self Storage, LLC*, 2011 WL 3300087, at *6 (9th Cir. BAP Apr. 1, 2011) (citing *Advanced Ribbons & Office Prods. v. U.S.*, 125 B.R. 259, 263 (9th Cir. BAP 1991)).

    Pursuant to 11 U.S.C. § 362(d), this Court shall grant relief from the automatic stay for "cause."  "What constitutes 'cause' for granting relief from the automatic stay is

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**                                                                      **Hearing Room    201**

10:00 AM
**CONT...    PRCCC, Inc.                                                                                                Chapter 7**

decided on a case-by-case basis." *In re Merriman*, 616 B.R. 381, 387 (9th Cir. BAP 2020), *appeal dismissed*, 2021 WL 3610895 (9th Cir. Feb. 26, 2021).

Here, Movants do not seek to proceed in state court as against the Debtor. Rather, Movants seek to move against third party, non-debtor defendants in a state court matter in which the Debtor was named. Movants request "limited relief from the automatic stay so that Movants can file a motion to bifurcate the State Court action so Movants can proceed solely against Donald Ezzell, Debtor's owner and further rule that Movants will not be held liable for violations of the stay for serving notice in furtherance of that motion." *See* Docket No. 32, p. 8, Section 6(f). Movants have not explained why the filing of any such bifurcation motion triggers a violation of the automatic stay, or how any such motion would affect the Debtor and the Debtor's estate.

Movants do argue, however, that "[i]t is well established that absent unusual circumstances, the automatic stay does not extend to non-debtors." *See* Docket No. 41, p. 2, lines 23-24. This, however, conflicts with an earlier suggested goal of Movants, which is to obtain a lifting of the stay "for the limited purpose of allowing Movants to pursue their claims against Mr. Ezzell in State Court." *Id.* at lines 9-11. Movants are making the argument that the stay does not apply to their actions against these non-debtor third parties in state court, but then seek a lifting of the automatic stay that, again, they argue does not apply to these parties in the Debtor's bankruptcy case.

The Motion is denied as the Movants have not shown cause to lift the stay.

|  **Party Information**  |
|---|

**Debtor(s):**

   PRCCC, Inc.                                                                  Represented By
                                                                           Todd C. Ringstad
                                                                        Christopher Minier
                                                                        Thomas L Vincent

**Movant(s):**

   Kyle King                                                                    Represented By
                                                                           Donald Lee Mabry

# United States Bankruptcy Court
## Central District of California
### Northern Division
### Ronald A Clifford III, Presiding
### Courtroom 201 Calendar

**Tuesday, February 21, 2023**                                                                  **Hearing Room   201**

<u>10:00 AM</u>
**CONT...        PRCCC, Inc.**                                                                                    **Chapter 7**

    William E Holmes                          Represented By
                                                               Donald Lee Mabry

    Darcy  Villers                                    Represented By
                                                                Donald Lee Mabry

    <u>**Trustee(s):**</u>

        Sandra  McBeth (TR)                    Represented By
                                                                Timothy J Yoo
                                                               Carmela  Pagay