TIMOTHY J. YOO (State Bar 155531)
tjy@lnbyg.com
CARMELA T. PAGAY (State Bar No. 195603)
ctp@lnbyg.com
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Sandra K. McBeth
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>PRCCC, INC.,<br><br>Debtor. | Case No. 9:22-bk-10592-RC<br><br>Chapter 7<br><br>**NOTICE OF INCREASE IN HOURLY RATES CHARGED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., GENERAL BANKRUPTCY COUNSEL TO TRUSTEE**<br><br>[No Hearing Required] |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that Levene, Neale, Bender, Yoo & Golubchik L.L.P., the firm employed by Sandra K. McBeth, the chapter 7 trustee herein, as general bankruptcy counsel by order entered on November 9, 2022 [Doc 46], has increased its hourly rates as of January 1, 2023. The increased rates are set forth on the attached schedule.

DATED: June 12, 2023              LEVENE, NEALE, BENDER, YOO &
                                                    GOLUBCHIK L.L.P.


                                                    By:/s/ *Carmela T. Pagay*
                                                        TIMOTHY J. YOO
                                                        CARMELA T. PAGAY
                                                        Attorneys for Sandra K. McBeth
                                                        Chapter 7 Trustee

1

| ATTORNEYS | 2022 | 2023 |
|---|---|---|
| DAVID W. LEVENE | 650 | 690 |
| DAVID L. NEALE | 650 | 690 |
| RON BENDER | 650 | 690 |
| MARTIN J. BRILL | 650 | 690 |
| TIMOTHY J. YOO | 650 | 690 |
| GARY E. KLAUSNER | 650 | 690 |
| EDWARD M. WOLKOWITZ | 650 | 690 |
| DAVID B. GOLUBCHIK | 650 | 690 |
| BETH ANN R. YOUNG | 635 | 675 |
| MONICA Y. KIM | 635 | 675 |
| DANIEL H. REISS | 635 | 675 |
| PHILIP A. GASTEIER | 635 | 675 |
| EVE H. KARASIK | 635 | 675 |
| TODD A. FREALY | 635 | 675 |
| KURT RAMLO | 635 | 675 |
| RICHARD P. STEELMAN, JR. | 635 | 675 |
| JULIET Y. OH | 620 | 650 |
| TODD M. ARNOLD | 620 | 650 |
| CARMELA T. PAGAY | 620 | 650 |
| ANTHONY A. FRIEDMAN | 620 | 650 |
| KRIKOR J. MESHEFEJIAN | 620 | 650 |
| JOHN-PATRICK M. FRITZ | 620 | 650 |
| JOSEPH ROTHBERG | 620 | 650 |
| JEFFREY KWONG | 575 | 625 |

| | | |
|---|---|---|
| LINDSEY L. SMITH | 550 | 575 |
| ROBERT CARASCO | | 450 |
| PARAPROFESSIONALS | 250 | 295 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034.

A true and correct copy of the foregoing document entitled **NOTICE OF INCREASE IN HOURLY RATES CHARGED BY LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., GENERAL BANKRUPTCY COUNSEL TO TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 12, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Donald Lee Mabry    dmabry@hutkinlaw.com
- Sandra McBeth (TR)    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- Christopher Minier    cminier@go2.law, kadele@go2.law
- Carmela Pagay    ctp@lnbyg.com
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Thomas L Vincent    tlv@paynefears.com, ccason@paynefears.com
- Timothy J Yoo    tjy@lnbyb.com

**2. SERVED BY UNITED STATES MAIL**: On **June 12, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Honorable Ronald A. Clifford III<br>United States Bankruptcy Court<br>Central District of California<br>1415 State Street, Suite 233 / Courtroom 201<br>Santa Barbara, California 93101-2511 | PRCCC, Inc.<br>PO Box 1830<br>Paso Robles, CA 93446 |

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 12, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 12, 2023 | D. Woo | /s/ D. Woo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:22-bk-10592-RC<br>Central District of California<br>Santa Barbara<br>Mon Jun 12 12:12:04 PDT 2023 | PRCCC, Inc<br>PO Box 1830<br>Paso Robles, CA 93447-1830 | Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 |
| Apex Fire<br>809 Paso Robles Street<br>Paso Robles, CA 93446-2626 | Aramark<br>3502 Dry Creek Road<br>Paso Robles, CA 93446-8570 | Avalon Gaming<br>2432 Main Street<br>Suite 107<br>Longmont, CO 80501-1101 |
| Avatar Computer Consulting<br>P.O. Box 291816<br>Los Angeles, CA 90029-8816 | Clark Pest Control<br>P.O. Box 1480<br>Lodi, CA 95241-1480 | Cyber-Scriber<br>P.O. Box 462<br>Jefferson, OR 97352-0462 |
| Darcy Villers<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Digital West<br>1998 Santa Barbara Avenue<br>Suite 200<br>San Luis Obispo, CA 93401-4488 | Dish Network<br>9601 South Meridian Blvd.<br>Englewood, CO 80112-5905 |
| Donald G. Ezzell<br>P.O. Box 6504<br>Denver, CO 80206-0504 | Drew Hunthausen<br>c/o Scott J. Ferrell, Esq.<br>Pacific Trial Attorneys<br>4100 Newport Pl Dr., Ste. 800<br>Newport Beach, CA 92660-1403 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Employment Development Department<br>P.O. Box 269017<br>MIC 83<br>Sacramento, CA 95826 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| GCG<br>633 W. 5th Street<br>Suite 2800<br>Los Angeles, CA 90071-2053 | Google Advertising<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043-1351 | Integrity Restoration<br>& Flooring Covering Inc.<br>2345 A Street<br>Santa Maria, CA 93455-1072 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kyle King<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Light & Wonder<br>6601 Bermuda Road<br>Las Vegas, NV 89119-3605 |
| Mobiniti Marketing<br>16 S River Street<br>Suite 300<br>Wilkes Barre, PA 18702-2430 | North County Plumbing<br>810 Golden Meadow Drive<br>Paso Robles, CA 93446-4541 | PR Hospitality<br>P.O. Box 1830<br>Paso Robles, CA 93447-1830 |
| PR Waste Disposal & Recycle<br>2951 Wallace Drive<br>Paso Robles, CA 93446-7349 | PR Water Services<br>821 Pine Street<br>Suite A<br>Paso Robles, CA 93446-2881 | Pacific Gas & Electric<br>201 Market Street<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| Payne & Fears LLP<br>4 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-8550 | Premier Player Providers Inc<br>Attn: Nasser Qutob, President<br>2950 Merced Street #234<br>San Leandro, CA 94577-5637 | Queen Gaming<br>13600 Imperial Hwy<br>Unit 7<br>Santa Fe Springs, CA 90670-4868 |
| Scientific Games<br>P.O. Box 749335<br>Los Angeles, CA 90074-9335 | Securities Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 South Flower Street<br>Suite 900<br>Los Angeles, CA 90071-2934 | Simply Clear Marketing<br>615 Clarion Court<br>Suite 2<br>San Luis Obispo, CA 93401-8197 |
| SoCalGas<br>P.O. Box 30337<br>Los Angeles, CA 90030-0337 | Southern California Edison<br>9708 Valley Blvd.<br>Rosemead, CA 91770-1554 | State Board of Equalization<br>Acct Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 |
| TGCG<br>633 W. 5th Street, Suite 2600<br>Los Angeles, CA 90071-2053 | The Blueprinter<br>345 Spring Street<br>Paso Robles, CA 93446-3147 | The General Counsel Group, P.C.<br>P.O. Box 6504<br>Denver CO 80206-0504 |
| United Gaming Solutions<br>19744 Beach Blvd.<br>Suite 507<br>Huntington Beach, CA 92648-2988 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Universal Atlantic Systems<br>45 West Industrial Way<br>Paoli, PA 19301-1482 |
| William E. Holmes<br>c/o Allen K. Hutkin, Esq.<br>Hutkin Law Firm<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Christopher Minier<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660-2188 | Darcy Villers<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 |
| Donald Ezzell<br>The General Counsel Group, P.C.<br>P.O. Box 6504<br>Denver, CO 80206-0504 | Kyle King<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 | Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascadero, CA 93422-4697 |
| Thomas L Vincent<br>Payne & Fears LLP<br>4 Park Plaza Ste 1100<br>Irvine, CA 92614-8550 | Todd C. Ringstad<br>Ringstad & Sanders LLP<br>4910 Birch Street<br>Suite 120<br>Newport Beach, CA 92660-2188 | William E Holmes<br>c/o Hutkin Law Firm, APC<br>1220 Marsh Street<br>San Luis Obispo, CA 93401-3326 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    53
Bypassed recipients     1
Total                  54