1  Todd C. Ringstad (State Bar No. 97345)
   todd@ringstadlaw.com
2  RINGSTAD & SANDERS LLP
   4910 Birch Street, Suite 120
3  Newport Beach, CA  92660
   Telephone: (949) 851-7450
4  Facsimile: (949)851-6926

5  Counsel for Chapter 7 Debtor,
   PRCCC, Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DIVISION

| In re | CASE NO. 9:22-BK-10592 RC |
|---|---|
| PRCCC, INC., a California Corporation, | Chapter 7 Proceeding |
| Debtor. | **SUBSTITUTION OF ATTORNEY AND DISASSOCIATION OF COUNSEL** |
|  | (No Hearing Required) |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE CHAPTER 7 TRUSTEE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Christopher A. Minier is no longer an attorney at Ringstad & Sanders LLP and is no longer an attorney of record in this case.  Mr. Minier should be removed from or listed as terminated on (1) the docket; (2) the list of ECF Filers; and (3) from all proofs of service filed by parties.  Ringstad & Sanders LLP remains counsel of record.

Dated:  August 22, 2023            Respectfully Submitted,

                                   RINGSTAD & SANDERS, LLP

                                   By: */s/ Todd C. Ringstad*
                                        Todd C. Ringstad
                                   Counsel for Chapter 7 Debtor, PRCCC, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4910 Birch Street, Suite 120, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **SUBSTITUTION OF ATTORNEY AND DISASSOCIATION OF COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Donald Lee Mabry**    dmabry@hutkinlaw.com
- **Sandra McBeth (TR)**    jwalker@mcbethlegal.com, CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com
- **Christopher A, Minier**    cminier@go2.law, kadele@go2.law;dfitzgerald@go2.law;cmeeker@go2.law
- **Carmela Pagay**    ctp@lnbyg.com
- **Todd C. Ringstad**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Thomas L Vincent**    tlv@paynefears.com, ccason@paynefears.com
- **Timothy J Yoo**    tjy@lnbyb.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 22, 2023 | Becky Metzner | */s/ Becky Metzner* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**